IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| UNITED STATES OF AMERICA, | § | |
| --- | --- | --- |
| | § | |
| v. | § | EP-14-CR-2155(1)(2)-DB |
| | § | |
| JASON SCOTT ERICKSON, et al. | § | |

## ORDER

On this day, the Court considered Defendants Motion for Continuance, made orally during Docket Call on February 6, 2015, in the above-captioned cause. The motion was made because Defendants need additional time to prepare due to complex discovery issues in the case and for plea negotiations. After due consideration, the Court is of the opinion that the motion should be granted.

In order to allow defense counsel the necessary reasonable amount of time to effectively prepare, the Court finds that the interests of justice outweigh the Defendants and the public's interests in a speedy trial. *See* 18 U.S.C.A. § 3161(h)(7)(A) (West 2008). As such, the Court concludes that the time from February 6, 2015 through March 6, 2015, is excludable within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq. See* 18 U.S.C.A. § 3161(h).

Accordingly, it is hereby ORDERED that Defendants Motion for Continuance is GRANTED. This cause is rescheduled for Docket Call on March 6, 2015 at 8:30 A.M.

NO FURTHER CONTINUANCES WILL BE GRANTED.

SIGNED this 11th day of February, 2015.

DAVID BRIONES
SENIOR UNITED STATES DISTRICT JUDGE